UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KARINA G., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | NO: 1:21-CV-3168-TOR <br><br> ORDER GRANTING STIPULATED MOTION FOR REMAND |

BEFORE THE COURT is the parties' Stipulated Motion for Remand (ECF No. 11).  The parties agree this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The Parties' Stipulated Motion for Remand (ECF No. 11) is **GRANTED**. This case is **REVERSED** and **REMANDED** under sentence four of 42 U.S.C. § 405(g), for further administrative proceedings and a new decision with respect to Plaintiff Karina G.'s application for Disability Insurance

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 1

Benefits under Title II of the Social Security Act.

2. On remand, the Commissioner will instruct the administrative law judge (ALJ) to:

   a. offer Plaintiff the opportunity for a new hearing;

   b. reconsider Plaintiff's allegations of physical and mental impairments for the entire period at issue after confirming Plaintiff's date last insured; and

   c. issue a new decision.

3. Plaintiff should be entitled to reasonable attorney fees and costs, pursuant to 28 U.S.C. § 2412(d), upon a timely and proper application to this Court.

4. All pending motions, hearings, and the remaining briefing schedule are **VACATED** as moot.

The District Court Executive is hereby directed to file this Order, provide copies to counsel, enter **JUDGMENT** for Plaintiff, and **CLOSE** the file.

DATED June 10, 2022.

THOMAS O. RICE
United States District Judge